PUI-KWONG CHAN, May Sung Mak, Yun Wang, Appellants

v.

BAIZHEN YANG, Songjian Wang, Appellees

2016-1214

United States Court of Appeals, Federal Circuit.

January 27, 2017

ROBERT BAUER, Bauer Law Offices, Erie, PA, argued for appellants. Also represented by ALBERT W. CHAN, Law Offices of Albert Wai-Kit Chan, PLLC, Whitestone, NY.

STEPHANIE SCRUGGS, Smith, Gambrell & Russell, LLP, Washington, DC, argued for appellees.

(Newman, Moore, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

ADA SOLUTIONS, INC., Appellant

v.

ENGINEERED PLASTICS, INC., Appellee

2016-1385

United States Court of Appeals, Federal Circuit.

January 27, 2017

ASHLEY BOLAND SUMMER, Nelson Mullins Riley & Scarborough, LLP, Greenville, SC, argued for appellant. Also represented by NEIL C. JONES.

PHILIP C. SWAIN, Foley Hoag LLP, Boston, MA, argued for appellee. Also represented by STEPHEN T. BYCHOWSKI.

(Newman, O'Malley, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED

AFFIRMED. *See* Fed. Cir. R. 36.